## THIRD DISTRICT.

Wabash Railway Company, plaintiff in error, v. A. E. Staley Manufacturing Company, defendant in error.

Action by a railroad company against a manufacturing company under a contract to indemnify the plaintiff for injuries to persons due to defendant's negligence and arising out of switching operations upon defendant's premises for which plaintiff might become liable. Judgment for defendant on demurrer. Error to the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 25, 1921.

Hugh W. Housum and Joseph Housum, for plaintiff in error; N. S. Brown and L. H. Strasser, of counsel. Le Forgee, Black & Samuels, for defendant in error.

Mr. Presiding Justice Graves delivered the opinion of the court.

Dorothea J. Murphy, defendant in error, v. Walker D. Hines, director general of railroads, operating Chicago & Alton Railroad, plaintiff in error.

Action for personal injuries received by plaintiff when her automobile was struck by a railroad train. Judgment for plaintiff. Error to the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed October 25, 1921.

Patton & Patton, for plaintiff in error; William L. Patton, Henry L. Patton and Silas H. Strawn, of counsel. Thomas Rinaker, for defendant in error.

Mr. Presiding Justice Graves delivered the opinion of the court.

Martha M. Logan, appellee, v. Mutual Life Insurance Company of New York, appellant.

Action upon an insurance policy upon the life of plaintiff's husband. Judgment for plaintiff. Appeal from the Circuit Court of Moultrie county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1920. Reversed with finding of fact. Opinion filed October 25, 1921.

Winston, Strawn & Shaw and J. L. McLaughlin, for appellant; Frederick L. Allen, Silas H. Strawn and James H. Winston, of counsel. Whitley & Fitzgerald and Mills Bros., for appellee; John A. Walgren, of counsel.

Mr. Presiding Justice Graves delivered the opinion of the court.

Clara Leonard, appellant, v. Lee Mockbee, appellee.

Action of forcible entry and detainer upon defendant's failure to give notice of intention to renew a lease. Judgment for defendant. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed October 25, 1921.

Love & Kilgore and Graham & Dysert, for appellant. Acton & Acton, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.